**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.  3:25-CR-271-MEO-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| | ) | |
| **KASIM BACON,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Withdraw Unopposed Motion For Release" (Document No. 12) filed March 4, 2026.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, Defendant explains he "does not wish to postpone his final revocation hearing, which is currently scheduled for March 17, 2026, at 10:50 a.m., and he understands that the Court's earliest availability to conduct a separate hearing on his Motion for Release is March 30, 2026."  (Document No. 12).  To "avoid postponing his final revocation hearing," Defendant seeks to withdraw his Unopposed Motion for Release to a Residential Treatment Program.  (<u>Id.</u>)

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Withdraw Unopposed Motion For Release" (Document No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's "Unopposed Motion For Release To

1

Residential Treatment Program" (Document No. 10) is **DENIED without prejudice**.

      **SO ORDERED**.

Signed: March 4, 2026

David C. Keesler
United States Magistrate Judge